AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br><br>v.<br><br>ADRIAN J. HINTON<br>DOB: xx/xx/xxxx PDID: xxx-xxx<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:25-mj-00003<br>Assigned To : Judge Moxila A. Upadhyaya<br>Assign. Date : 01/09/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 9, 2025_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 40 U.S.C. § 5104(e)(1)(A) | Unlawful activities (Carry or Discharge on the Grounds or in any of the Capitol Buildings a firearm, a dangerous weapon, explosives, or an incendiary device) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Richard Larity, U.S. Capitol Police
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: _____01/09/2025_____

_____
*Judge's signature*

City and state: _____Washington, DC_____    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*