AO 442 (Rev. 01/09) Arrest Warrant

9169746

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC
RECEIVED JAN... 25

United States of America
v.
ADRIAN J. HINTON

*Defendant*

)
)  Case: 1:25-mj-00003
)  Assigned To : Judge Moxila A. Upadhyaya
)  Assign. Date : 01/09/2025
)  Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ADRIAN J. HINTON
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

40 U.S.C. § 5104(e)(1)(A) - Unlawful activities (Discharge on the Grounds or in any of the Capitol Buildings a firearm, a dangerous weapon, explosives, or an incendiary device)

Date: 01/09/2025

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/10/25 , and the person was arrested on *(date)* 1/10/25
at *(city and state)* Washington, DC

Date: 1/10/25

*Arresting officer's signature*

Grace Sheery DUSM
*Printed name and title*